IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY WHITTLE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:15-CV-3656-N |
| DANIEL CLINE, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

By separate Orders of this same date, the Court granted dismissal of all of Plaintiff Kimberly Whittle's, Plaintiff Michael Phillips', and Plaintiff Kimberly Whittle as next friend of minor KP's causes of action against Defendants Daniel Cline and Frontier Leasing, Inc. Accordingly, all of Plaintiffs' claims against Defendants are dismissed with prejudice. Each party shall bear its own costs, expenses and attorney's fees. All relief not expressly granted is denied. This is a final judgment.

Signed this 28th day of September, 2016.

_____
David C. Godbey
United States District Judge

JUDGMENT – SOLO PAGE